

# Fourth Court of Appeals
## San Antonio, Texas

September 17, 2014

No. 04-14-00357-CV

**IN RE: A PURPORTED LIEN OR CLAIM AGAINST HELVETIA ASSET RECOVERY, INC.,**

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-18394
Honorable Martha B. Tanner, Judge Presiding

# O R D E R

Appellee's brief is currently due September 12, 2014. On September 12, 2014, appellee filed an unopposed motion to extend time to file its brief and a request to include two exhibits from appellate cause number 04-14-00012-CV in this appellate cause number. As for the extension, appellee asks for an additional twenty-one days to file the record from the date a supplement clerk's record is filed. Appellee contends the record is incomplete and it has requested additional documents to be included in the clerk's record and that such filing is imminent. We **GRANT** appellee's motion for extension of time and **ORDER** appellee to file its appellate brief twenty-one days after the date the supplemental clerk's record is filed. We **ORDER** the district clerk to file the requested supplemental record in this court on or before **September 29, 2014**.

As to the missing exhibits, we **DENY** the request to incorporate the exhibits from cause number 04-14-00012-CV into the current cause number. Rather, we **ORDER** the court reporter to file a supplemental reporter's record including complete versions of defendant's exhibits 8 and 9 from the sanctions hearing. Contrary to the reporter's index of exhibits, exhibits 8 and 9 were offered into evidence without opposition and are cited to by the trial court in the judgment and order of sanctions. If the reporter is unclear about the exhibits, the reporter should contact appellee's counsel for additional information. The court reporter is **ORDERED** to filed the complete exhibits described above in this court on or before **September 29, 2014**.

We **order** the clerk of this court to serve a copy of this order on appellant, all counsel, the district clerk, and the court reporter.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of September, 2014.



Keith E. Hottle
Clerk of Court